UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| VICTOR MANUEL TENESACA LEMA, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | No. 2:25-cv-00439-LEW |
| RODNEY S. SCOTT, Commissioner of Customs and Border Protection, et al., | ) ) ) | |
| Defendants | ) | |

# **ORDER**

Fearing expedited removal, Petitioner Victor Manuel Tenesaca Lema, a citizen of Ecuador most recently residing in South Portland, Maine, has filed a habeas corpus petition. Petitioner alleges, but has not filed evidence to demonstrate, that he has maintained a continuous physical presence in the United States for more than two years. If that is accurate, Petitioner would not be subject to expedited removal. *See* 8 U.S.C. § 1225(b)(1)(A)(iii)(II). Plaintiff alleges that expedited removal in his case would deprive him of due process in violation of the Fifth Amendment of the United States Constitution. Petitioner requests preliminary relief in the nature of an order prohibiting his removal from the State of Maine until his Petition can be considered on the merits and asks that proceedings in this matter be expedited to secure his release or else to secure his reclassification as an alien entitled to a bond hearing.

To ensure that I can assess the Petition, Defendants will be ORDERED, <u>conditionally</u>, not to remove Petitioner from the jurisdiction of the United States or transfer petitioner to a judicial district outside that of Maine pending further order of the Court. The precondition to this Order is a requirement that Petitioner file an amended <u>verified</u> petition. Petitioner must substantiate his claim that he is not subject to expedited removal before the Order to hold him in Maine takes effect.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE concerning his contention that he has maintained a physical presence in the United States for a period of two years prior to his detention. He must do so by means of an amended *verified* petition and file it on or before September 4, 2025. Upon the filing of an amended verified petition, the above-referenced order to hold Petitioner in the District of Maine will go into effect. Assuming the order to hold is timely effectuated by the filing of an amended verified petition, Petitioner is ORDERED to pay a nominal bond of $100.00, and Defendants are ORDERED TO SHOW CAUSE as to the basis for Petitioner's detention on or before noon, September 5, 2025.

The Court has been informed that the civil duty attorney for the United States Attorney's Office has notice of the Petition. The Clerk will serve this Order on said attorney and the United States Attorney for the District of Maine by email.

SO ORDERED.

Dated this 2nd day of September, 2025

/s/ Lance E. Walker
Chief U.S. District Judge