UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| VICTOR MANUEL TENESACA LEMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 2:25-cv-00439-SDN |
| RODNEY S. SCOTT, et al., | ) | |
| Defendants. | ) | |

JUDGMENT

In accordance with the Order entered by U.S. District Judge, Stacey D. Neumann on September 21, 2025, and the subsequent status report filed by Respondents on October 3, 2025;

JUDGMENT is hereby entered for the Petitioner, Victor Manuel Tenesaca Lema and against the Respondents.

ERIC M. STORMS
ACTING CLERK

Dated: October 23, 2025

By: /s/ Meghan York
Deputy Clerk